## ORIGINAL

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| | : | CRIMINAL ACTION |
| vs. | : | |
| | : | NO. 1:01-CR-512-01-RWS |
| JONATHAN RANDEL, | : | |
| Defendant. | : | |

SATISFACTION OF MONETARY
PORTION OF JUDGMENT

The special assessment, fine and/or restitution portion of the judgment in the above entitled case having been paid, the Clerk of the United States District Court for the Northern District of Georgia is hereby authorized and empowered to satisfy and cancel said portion of record.

Respectfully submitted,

SALLY QUILLIAN YATES
ACTING UNITED STATES ATTORNEY

By, *Cynthia B Smith*

CYNTHIA B. SMITH
ASSISTANT UNITED STATES ATTORNEY
Georgia Bar No. 655473

600 United States Courthouse
75 Spring Street, S.W.
Atlanta, Georgia 30303
Ph.: 404-581-6350
Fax: 404-581-6181

## CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the person listed below a copy of the foregoing documents by placing copies thereof in an envelope with sufficient postage, and depositing the envelope in the United States mail addressed as follows:

> Jonathan Randel,
> 22 Spalding Trail N.E.
> Atlanta, GA 30328

This 29th day of November 20 04.

Nancy G. Hein
Financial Litigation Agent